NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES H. TARR,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3208

---

Petition for review of the Merit Systems Protection Board in case no. DE315H090407-B-1.

---

## ON MOTION

---

## ORDER

James H. Tarr moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 14 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James H. Tarr
    Russell J. Upton, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2011

JAN HORBALY
CLERK